IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YARIANNA OZUNA PADRON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 1:26-CV-02796-DAE |
| | § | |
| U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY, et al., | § | |
| | § | |
| *Defendants.* | § | |

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed on November 11, 2026. (Dkt. # 4.) The filing informs the Court that pursuant to Rule 41(a)(1)(A)(i), Plaintiff seeks to dismiss this action without prejudice. (Id.) The dismissal is based on the approval of the underlying Form I-485, which has rendered the action moot. (Id.)

Pursuant to Plaintiff's filing, the Court hereby **ORDERS** that the case against Defendants be **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and fees. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: Austin, Texas, November 12, 2026.

David Alan Ezra
Senior United States District Judge